Ed. Baker, Plaintiff in Error, v. The State of Florida, Defendant in Error.

(Supreme Court of Florida, En Banc: March 5, 1907.)

Writ of error to Circuit Court, Clay County; Rhydon M. Call; Judge.

*L. E. Wade,* for Plaintiff in Error;

No appearance for the State.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. Dismissed on motion of counsel for the plaintiff in error.